# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

RECEIVED BY MAIL
AUG 20 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Rickie Green #270284 Plaintiff(s),

(Enter the full name(s) of ALL plaintiff(s) and prisoner number(s) in this action.)

vs.

Case No. 26cv3696 JWB/SGE
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ✓ NO____

Warden Bolen, etc all Defendant(s). Lt. Jones, Lt. Meyers, Lt. Larson, Sgt. Dickson, Sgt. Wieken, Ofc. McConnell, Ofc. Vang, Ofc. Hartman, and Ofc. Tusiani and Ofc. Peterson.

(Enter the full name(s) of ALL defendants in this action. Please attach additional sheets if necessary).

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

SCANNED
AUG 20 2026
U.S. DISTRICT COURT MPLS

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved

in this action or otherwise relating to your imprisonment in the last three years?

☐ Yes

☑ No

B. If you answer to (a) is "yes", describe each lawsuit in the space below.

1. Parties to the previous lawsuit:

Plaintiffs:

Defendants:

2. Court (If federal court, name the district. If state court, name the state and county.):

3. Case Number:

4. Name of judge assigned to the case:

5. Cause of action (Cite the statute under which you filed and write a brief statement of the case):

6. Disposition or final determination of the case (for example, dismissed or appealed).

7. Approximate date of filing the lawsuit:

8. Approximate date of disposition or final determination of the lawsuit:

***Attach a copy of the disposition or final determination of the lawsuit if it was filed in a court other than the U.S. District Court for the District of Minnesota.***

**If there was more than one lawsuit, describe the additional lawsuits on a separate sheet of paper answering the same questions in the same order as above in Question 1(b). Label this information as Question 1(b).**
**Check here if additional sheets of paper are attached.** ☐

II. PRESENT PLACE OF CONFINEMENT

A. Is there a prisoner grievance procedure in the institution?

☑ Yes

☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?

☑ Yes

☐ No

C. If you answered "yes" to question II.B.:

1. What steps did you take: Completed the whole grievance Process (Stillwater to Central Office).

2. What was the result? It wasn't anything done.

***Attach a copy of the decision or disposition received from the prisoner grievance procedure.**** They all are attached to this

D. If you answered "no" to question II.B., explain why you did not present the facts relating to your complaint in a prisoner grievance procedure.

III. PARTIES

List your name, prisoner number, address and telephone number. Do the same for any additional plaintiffs. Attach an additional sheet of paper, if necessary.

A. Name of Plaintiff: Rickie Green

Prisoner Number 270284

Address MCF-Moose Lake
1000 Lake ~~Shor~~ Shore Drive
Moose Lake, MN 55767

Additional Plaintiffs:

Provide each defendant's full name, official position, and place of employment. Attach additional sheets of paper, if necessary.

B. Name: Mr. Bolen

Official Position: Prison Warden

Employer's Address: MCF-Stillwater, 970 Pickett Street N. Bayport, MN 55003

Additional Defendants:

Name: Mr. Jones

Official Position: Lieutenant

Employer's Address: MCF-Stillwater, 970 Pickett Street N., Bayport, MN 55003

- See Attached Sheet -

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**

**Check here if additional sheets of paper are attached: □**

**Please label the attached sheets of paper as II.A. for Plaintiffs and II.B. for Defendants.**

IV. STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. Describe how each individual defendant is personally involved, including dates, places and specific wrongful acts or omissions by each defendant. Each factual allegation should be provided in separately lettered paragraphs, beginning with letter A. Do not make any legal arguments or cite any cases or statutes.

A. This is a civil action authorized by U.S.C. Section 1983 to redress the deprivation, under color of State Law, of rights secured by the Constitution of the United States.

1. Defendant, Mr. Bolen, is the Warden of Stillwater. He is legally responsible for the operation of Stillwater and for the welfare of all the inmates in that Prison....

See Attachment-2 of ____

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached: □**
**Please label the attached sheets of paper to as Additional Facts and continue to letter the paragraphs consecutively.**

V. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. Do not make any legal arguments or cite any cases or statutes.

1.) A declaration that the acts and omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States.
2.) Compensatory damages in the amount of $1.000.000 against each defendant jointly and severally.
3.) Punitive damages in the amount of $1.000.000 against each defendant and the amount of $200,000 against defendants.
4.) A jury trial on all issues triable by jury.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge, and belief.

Signed this 16th day of August, 2026

Signature(s) of Plaintiff(s) [signature]

________________________________

________________________________

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

Additional Defendants:

Name: Mr. Larson
Official Position: Lieutenant
Employer's Address: MCF-Stillwater, 970 Pickett Street N., Bayport, MN 55003

Name: Mr. Meyers
Official Position: Lieutenant
Employer's Address: MCF-Stillwater, 970 Pickett Street N., Bayport, MN 55003

Name: Mr. Dickson
Official Position: Sergeant
Employer's Address: MCF-Stillwater, 970 Pickett Street N., Bayport, MN 55003

Name: Mr. McConnell
Official Position: Officer(s)
Employer's Address: MCF-Stillwater, 970 Pickett Street N., Bayport, MN 55003

Name: Mr. Vang
Official Position: Officer(s)
Employer's Address: MCF-Stillwater, 970 Pickett Street N., Bayport, MN 55003

Name: Mr. Hartman
Official Position: Officer(s)
Employer's Address: MCF-Stillwater, 970 Pickett Street N., Bayport, MN 55003

Name: Mr. Tuiani
Official Position: Officer(s)
Employer's Address: MCF-Stillwater, 970 Pickett Street N., Bayport, MN 55003

2nd Attachment on Additional Defendants.

Name: Mr. Wieken
Official Position: Sergeant
Employer's Address: MCF-Stillwater, 970 Pickett Street N. Bayport, MN 55003

Name: Mr. Peterson
Official Position: Officer
Employer's Address: MCF-Stillwater, 970 Pickett Street N. Bayport, MN 55003

Attachment-2 of ___ Statement of the Claim

2. Defendants Mr. Jones, Mr. Larson and Mr. Meyers, is all "Lieutenants" at the Stillwater and Supervisors of Unit/Prison Operations/Staff and for the Welfare of all inmates in that Prison..

3. Defendant Mr. Dickson is a Sergeant of the at the Stillwater and responsible for Supervisoring "Staff/inmates" and the Operations of Stillwater Units.

4. Defendants Mr. McConnell, Mr. Vang, Mr. Hartman, Mr. Tusiani and Mr. Peterson are all "Correctional Officers of the Minnesota Department of Corrections who, at all times mentioned in this Complaint, held the rank of Officers-Unit and was assigned to Stillwater.

5. Each defendant is sued individually and in his Official Capacity. At all times mentioned in this Complaint, each defendant acted under the Color of State law.

B. Facts of Claim:

At Stillwater Prison (Part of the Minnesota Department of Corrections) they got "Units". In this Units (A-West, A-East and B-East) "inchs" away from the telephones they got "Window Cranks" with "long Steel" hanging out of them. Highly "unsafe" and "dangerous". Officials been aware of Prisoners "hitting" their heads on them. There's "NO" Covers or any kind of "Protection" around the "Window Cranks /Steel bars. Unsafe Conditions.

On May 30, 2025 in Unit-A-East I was using the telephone. Once I was done I was trying to get up from the Phone and "busted" my head "wide open" on one of the "Steel bars" on the Window Crank, it was to close to the Phone. Blood everywhere.

So I told Staff (think it was defendant Peterson but blood all in my eyes so I couldn't really See). From this Point Staff got "mad" at me.

I was escorted to Health Services and treated like a "nuisances".

I was told (by Dr. Craane) that I let him "glue" my head close or no treatment. Glued my head and given "over the Shelve Pills. Then Staff took (dont know the "Squad" Staff names So they are "John and Jane Doe's) me back to my Unit and "locked" me in my cell and didn't let me back out. Wouldn't

See Attachment-3 of ___

even allow me to go eat "dinner". So when defendant Peterson Came around I told him that I havent eaten any dinner. He Said "right" and left. Didn't get any dinner.

On May 31, 2025 I wrote an "Emergency Grievance" about this incident and when defendant Dickson came around I tryed to give it to him (Per Policy). But defendant Dickson refused to take it. So I wrote a grievance on defendant Dickson.

On May 31, 2025 at around 2:19pm defendant Peterson was in the Unit and I asked him why I wasn't given any dinner yesterday. He layed the blame on defendants Meyers, and Larson.

On June 1, 2025 at around 7:27am my head was hurting "badly" and I told defendant McConnell this and that I was feeling "dizzy". He said if it get worse let him know and walked off.

On 6-1-25 at around 7:37am I told defendant Vang about my head hurting and feeling "dizzy and nauseated" and need to see medical. He (Vang) got to talking about "10:30" Pill Call and walked off.

On 6-1-25 at around 7:55 I told defendant Hartman that Im dizzy and my head hurt. He Said go to the booth. Then left. Later I vomited in my trash can.

When defendant Tusiani made a round I Stopped him and told him how my head was hurting and Showed him my trash can and ask to See a Nurse and Clean my trash can out. He refused.

Later after "Shift Change" I explained to Sgt. Connor about everything, how my head hurting and Showed him my trash can. He got me medical attention and allow me to Clean my trash can out.

I Sent defendant Bolin two Kites dated 6-2-25 about this. Turned in two Kites dated 6-6-25 about this to defendant Wieken. He made it So that I couldnt go to the next level with them (the Kites) by not filing them out Correctly (his responses). Filed a grievance on him.

See Attachment 4 of ___

Attachment 4 of ___ Statement of Claim

C. Legal Claims:

The Eighth Amendment's Prohibition of Cruel and Unusual Punishment Protects Plaintiff's right to Safe and humane Conditions in Prison. He has a right to Challenge any Prison Conditions that are unsafe.

The defendants violated the Eighth Amendment when they act with deliberate indifference to a Prison Condition that exposes a Prisoner to a unreasonable risk of Serious harm.

The unsafe Conditions violated Plaintiff, Rickie Green, rights and constituted Cruel and Unusual Punishment under the Eighth Amendment to the United States Constitution.

The Plaintiff has no Plain, adequate or Complete remedy at law to redress the wrongs described herein. Plaintiff has been injuried by the conduct of defendants.

Attachment to Request for Relief

5.) Any additional relief this court deems just, Proper and equitable.